

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00058-CV

**RUBEN MARTINEZ AND**
**MTZ TRANSPORT CO.,**

**Appellants**

 **v.**

**CHARLES CORONADO,**

**Appellee**

### From the 21st District Court
### Burleson County, Texas
### Trial Court No. 29500

## ORDER OF REFERRAL TO MEDIATION

On March 6, 2019, this Court ordered the parties to confer and agree upon a mediator. Appellant notified this Court that Appellee had not provided any input as to the appointment of a mediator and requested the appointment of Honorable Dan Downey as mediator. This Court sent a letter on March 26, 2019, giving Appellee 14 days to object to the appointment of Honorable Dan Downey as mediator. Appellee did not respond to the March 26 letter.

The Court assigns Honorable Dan Downey as the mediator.  His address and phone number are as follows:

Honorable Dan Downey
1609 Shoal Creek Blvd. #100
Austin, Texas 78701
(512) 569-3400

Mediation must occur within thirty days after the date of this order; however, it is left to the parties and the mediator to agree on the location of the mediation.

No less than seven calendar days before the first scheduled mediation session, each party must provide the mediator and all other parties with an information sheet setting forth the party's positions about the issues that need to be resolved.  At or before the first session, all parties must produce all information necessary for the mediator to understand the issues presented.  The mediator may require any party to supplement the information required by this Order.

Named parties must be present during the entire mediation process, and each party that is not a natural person must be represented by an employee, officer, agent, or representative with authority to bind the party to settlement.

Immediately after mediation, the mediator must advise this Court, in writing, only that the case did or did not settle and the amount of the mediator's fee paid by each party. The mediator's fees will be taxed as costs.  Unless the mediator agrees to mediate without fee, the mediator must negotiate a reasonable fee with the parties, and the parties must each pay one-half of the agreed-upon fee directly to the mediator.

Failure or refusal to attend the entire mediation as scheduled may result in the imposition of sanctions, as permitted by law.

Any objection to this Order must be filed with this Court and served upon all parties within ten days after the date of this Order, or it is waived.


PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Neill
Order issued and filed April 24, 2019

